IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RILEY GRIFFIN**                                                                                       **PETITIONER**

**V.**                                                    **CIVIL ACTION NO.: 3:23-cv-345-HTW-LGI**

**BAYSHORE[1]**, *WARDEN*                                                               **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket No. 8]**. In her Report and Recommendation, filed May 29, 2024, Magistrate Judge Isaac recommended Petitioner's, Riley Griffin ("Griffin"), 28 U.S.C. § 2241 writ of habeas corpus petition be denied. Magistrate Judge Isaac directed Griffin to file any written objections within fourteen (14) days. To date, no objection has been filed.

Based on the findings contained in the Report and Recommendation **[Docket No. 8]**, this Court agrees with the Magistrate Judge Isaac that Griffin's petition, alleging his due process rights were violated and the sanctions imposed were arbitrary and capricious, all fail since the record indicates Griffin was afforded due process and the sanctions imposed were well within the range provided in the regulation. *See* 28 C.F.R. § 541.3(b).

This Order commensurately hereby **ADOPTS** the Report and Recommendation of the Magistrate Judge as the Order of this Court, and hereby **DISMISSES** the instant petition **WITH PREJUDICE.**[2]

**SO ORDERED this the 6th day of November 2024.**

/s/HENRY T. WINGATE__
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The style of this action is captioned as Griffin v. Baysore 3:23-cv-345-HTW-LGI; however, Respondent, in his response in opposition captioned this action as Griffin v. Bayshore 3:23-cv-345-HTW-LGI. For purposes of this action, this Court will assume the Respondent correctly spelled his name *Bayshore* and will refer to him as such.

[2] A certificate of appealability is not required for a federal inmate to appeal the denial of relief under 28 U.S.C. § 2241. *See Padilla v. United States*, 416 F.3d 424, 425 (5th Cir. 2005).